# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESTUARDO MARIN,<br><br>Petitioner,<br><br>v.<br><br>TONYA ANDREWS, et al.,<br><br>Respondents. | Case No. 1:25-cv-01422-SAB-HC<br><br>ORDER GRANTING REQUEST TO APPEAR AT HEARING BY VIDEOCONFERENCE<br><br>(ECF No. 15) |

Respondents have requested permission to appear at the hearing on Petitioner's Motion for Temporary Restraining Order by videoconference due to the long distance from counsel's duty station in Sacramento, California, efficiency, various restrictions regarding travel, and personal obligations. (ECF No. 15.)

Pursuant to Local Rule 174, and good cause appearing, the request (ECF No. 15) is GRANTED. Respondents' counsel is permitted to appear at the hearing on Petitioner's Motion for Temporary Restraining Order, currently set for November 13, 2025 at 3:00 p.m., or any advanced or continued hearing date, by videoconference. Petitioner's counsel may also appear by videoconference if so desired. Videoconference information will be provided to counsel.

IT IS SO ORDERED.

Dated:  **November 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge