ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Federal Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESTUARDO MARIN,<br><br>Petitioner,<br><br>v.<br><br>TONYA ANDREWS, et al.,<br><br>Respondents. | CASE NO. 1:25-CV-01422-SAB (HC)<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT; ORDER** |

On November 13, 2025, the Court entered an order granting Petitioner's motion for a preliminary injunction and ordering the parties to meet and confer and submit a joint statement regarding case management within seven (7) days, or by November 20, 2025. ECF No. 19. The parties have diligently attempted to comply with the deadline to file the joint statement, but are unable to complete the meet and confer process due to the outstanding issues and the desire to comprehensively address the Court's order for a joint statement.

Accordingly, IT IS HEREBY STIPULATED, that:

1. The deadline to file the joint statement ordered in ECF No. 13, p. 13, ¶ 4 shall be extended until November 28, 2025.

IT IS SO STIPULATED.

//

//

STIPULATION; ORDER

1

Dated:  November 19, 2025

ERIC GRANT
United States Attorney

By: */s/ Brendon L.S. Hansen*
BRENDON L.S. HANSEN.
Assistant United States Attorney

Attorneys for Federal Respondents

Dated:  November 19, 2025

JOSE MARIN LAW, INC.

By: */s/ Jose Z. Marin*
JOSE Z. MARIN, ESQ.

Attorneys for Petitioner

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATEMENT**

Good cause appearing, the deadline to file a joint statement described in the Court's order in ECF No. 13, p. 13, ¶ 4 is extended. The parties shall file a joint statement regarding case management and how they would like to proceed for the remainder of this case by November 28, 2025.

IT IS SO ORDERED.

Dated:   **November 19, 2025**

STANLEY A. BOONE
United States Magistrate Judge