# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESTUARDO MARIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TONYA ANDREWS, et al.,<br><br>　　　　Respondents. | Case No. 1:25-cv-01422-SAB-HC<br><br>ORDER SETTING SCHEDULE TO FILE REPLY |

　　　　Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The parties have consented to the jurisdiction of a United States magistrate judge. (ECF Nos. 6, 9, 10.)

　　　　On November 13, 2025, the Court granted a preliminary injunction and ordered Petitioner released. (ECF No. 19.) On November 28, 2025, the parties submitted a joint statement regarding case management. (ECF No. 22.) On December 1, 2025, the Court set a briefing schedule. (ECF No. 23.)

　　　　On January 1, 2026, Respondents filed a response to the petition and a motion to strike unlawfully named respondents. (ECF No. 24.) The following day, Respondents filed a notice of interlocutory appeal. (ECF No. 25.) On February 17, 2026, the Ninth Circuit granted the motion for voluntary dismissal. (ECF No. 28.)

///

Accordingly, the Court HEREBY ORDERS that within **THIRTY (30) days** of the date of service of this order, Petitioner MAY FILE a reply to the response and motion to strike. If no reply is filed, the petition is deemed submitted at the expiration of the thirty days.

Extensions of time will only be granted upon a showing of good cause. All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated: **March 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge